UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHANE CHRISTOPHER BUCZEK,

        Petitioner,

 v.                Civil No.: 10-CV-383-S

CONSTRUCTIVE STATUTORY TRUST,
DEPOSITORY TRUST CORPORATION, DONALD
F. DONAHUE, UNITED STATES MARSHALS,
JOHN CLARK and BRYAN MATTEWS, UNITED
STATES PROBATION, JOSEPH GIACOBBE,
UNITED STATES OF AMERICA, ERIC H.
HOLDER, BEHAVIORAL INTERVENTIONS, B.I.
WILLIAM COOPER CFO,

        Respondents.

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned, Melissa N. Subjeck, hereby appears on behalf of the Defendants, The Depository Trust Corporation and Donald F. Donahue, in the above-captioned matter, and that the undersigned hereby requests to receive service of all subsequent written communications, pleadings, notices, or other papers.

Dated: November 15, 2010

              **HODGSON RUSS LLP**
              *Attorneys for Defendants*
              *The Depository Trust Corporation*
              *and Donald F. Donahue*


              By:   s/Melissa N. Subjeck
                Melissa N. Subjeck
                *msubjeck@hodgsonruss.com*
              The Guaranty Building
              140 Pearl Street, Suite 100
              Buffalo, New York  14202
              Telephone:  (716) 856-4000