IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

SHANE C. BUCZEK,

        Petitioner

                                           10-CV-382-S

   v.

CONSTRUCTIVE STATUTORY TRUST
DEPOSITORY TRUST CORPORATION
DONALD F. DONAHUE
UNITED STATES MARSHALS
JOHN CLARK and BRYAN MATTEWS
UNITED STATES PROBATION
JOSEPH GIACOBBE
UNITED STATES OF AMERICA
ERIC H. HOLDER
BEHAVIORAL INTERVENTIONS
B.I. WILLIAM COOPER CFO,

        Respondents.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned, Margaret A. Dale, hereby appears on behalf of the Defendants, The Depository Trust Company (improperly named "The Depository Trust Corporation" by petitioner) and Donald F. Donahue, in the above-captioned matter, and that the undersigned hereby requests to receive service of all subsequent written communications, pleadings, notices, or other papers.

DATED: New York, New York, November 15, 2010

        Respectfully submitted,

        **PROSKAUER ROSE LLP**

        /s/*Margaret A. Dale*
        **Margaret A. Dale**
        **mdale@proskauer.com**

        **1585 Broadway**
        **New York, NY 10036**
        **212.969.3000**

        *Attorney for Respondents, The Depository Trust Company and Donald F. Donahue*

        **Of Counsel:**

        **Gregg M. Mashberg**
        **Lawrence S. Elbaum**
        **PROSKAUER ROSE LLP**
        **1585 Broadway**
        **New York, NY 10036**
        **212.969.3000**

        **Local Counsel:**

        **Melissa N. Subjeck**
        **HODGSON RUSS LLP**
        **msubjeck@hodgsonruss.com**
        **140 Pearl Street, Suite 100**
        **Buffalo, NY 14202**
        **716.848.1719**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

SHANE C. BUCZEK,

        Petitioner

                                       10-CV-382-S

    v.

CONSTRUCTIVE STATUTORY TRUST
DEPOSITORY TRUST CORPORATION
DONALD F. DONAHUE
UNITED STATES MARSHALS
JOHN CLARK and BRYAN MATTEWS
UNITED STATES PROBATION
JOSEPH GIACOBBE
UNITED STATES OF AMERICA
ERIC H. HOLDER
BEHAVIORAL INTERVENTIONS
B.I. WILLIAM COOPER CFO,

        Respondents.

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2010, I electronically filed the attached NOTICE OF APPEARANCE with the Clerk of the District Court using its CM/ECF system, and I mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participant:

    Shane C. Buczek
    Northeast Ohio Correctional Center,
    2240 Hubbard Rd.
    Youngstown, OH 44501

                                              /s/ *Margaret A. Dale*
                                              MARGARET A. DALE