# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------------------

Shane Christopher Buczek,

           vs.

United States of America,

**CLERK'S CERTIFICATION**

Civil/Criminal No: 10-CV-382
USCA No:

------------------------------------------------------

    I, MICHAEL J. ROEMER, CLERK of the District Court of the UNITED STATES for the Western District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above-entitled action.

    **The following documents are not available electronically and are currently maintained in traditional fashion in the city of Buffalo Clerk's Office.**

Docket #     6/14/2010 - Manual Filing - two (2) disks marked Exhibit "C"
Docket #
Docket #

    Any additional records which are not currently available electronically, please feel free to contact us and we will arrange for the document(s) to be made available to you.

                        IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Buffalo, New York, this 25th day of October, 201.

                        Michael J. Roemer, Clerk
                        U.S. District Court

                        By:s/   Diane Radloff
                                  Deputy Clerk

APPEAL, HABEAS, CLOSED_2011, ProSe

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
### CIVIL DOCKET FOR CASE #: 1:10-cv-00382-MAT

Buczek v. Constructive Statutory Trust et al
Assigned to: Hon. Michael A. Telesca
Related Case: 1:09-cr-00121-WMS -HKS-1
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 05/07/2010
Date Terminated: 09/29/2011
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2010 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5, Receipt #18126), filed by Shane Christopher Buczek. Exhibits maintained in paper form in the Clerk's Office.(DR) (Entered: 05/13/2010) |
| 06/09/2010 | 2 | AMENDED PETITION for Writ of Habeas Corpus, filed by Shane Christopher Buczek. (Attachments: # 1 Continuation, # 2 Appendix A, # 3 Appendix A continued, # 4 Appendix B, C, D, E)(DR) (Entered: 06/14/2010) |
| 06/14/2010 |  | NOTICE of MANUAL FILING by Shane Christopher Buczek. Received two (2) disks marked Exhibit "C" re 2 Amended Petition. (DR) (Entered: 06/14/2010) |
| 06/18/2010 | 3 | MOTION FOR Judgment on the Pleadings by Shane Christopher Buczek.(DR) (Entered: 06/22/2010) |
| 07/06/2010 | 4 | MOTION to Take Judicial Notice of the Determination by the DOJ that Title 18 (1948) is Unconstitutional and of the Fair Warning Doctrine by Shane Christopher Buczek.(DR) (Entered: 07/07/2010) |
| 08/23/2010 | 5 | MOTION/PETITION for Determination of a Question of Jurisdiction by Shane Christopher Buczek.(DR) (Entered: 08/24/2010) |
| 10/06/2010 | 6 | NOTICE of Appearance by Anthony M. Bruce on behalf of Constructive Statutory Trust, United States Marshals, United States Probation, United States of America (Bruce, Anthony) (Entered: 10/06/2010) |
| 10/07/2010 | 7 | DECISION AND ORDER DIRECTING Respondents to file an answer and memorandum of law no later than November 15, 2010; GIVING Petitioner 20 days to respond thereto and SETTING deadline for Respondents to file motions. Signed by William M. Skretny, Chief Judge U.S.D.C. on 10/6/2010.(CMD) (Entered: 10/07/2010) |
| 10/07/2010 | 8 | NOTICE of Appearance by Anthony M. Bruce on behalf of All Defendants (Bruce, Anthony) (Entered: 10/07/2010) |

| | | |
|---|---|---|
| 10/07/2010 | 9 | MOTION to Dismiss *The Petition For A Writ Of Habeas Corpus And The Amended Petition For A Writ Of Habeas Corpus* by Constructive Statutory Trust, United States Marshals, United States Probation, United States of America.(Bruce, Anthony) (Entered: 10/07/2010) |
| 10/12/2010 | 10 | NOTICE of Appearance by Anthony M. Bruce on behalf of John Clark, Eric H. Holder, United States Marshals, United States Probation, United States of America (Bruce, Anthony) (Entered: 10/12/2010) |
| 10/13/2010 | 11 | MOTION to Dismiss *Amended Motion To Dismiss The Petition For A Writ Of Habeas Corpus And The Amended Petition For A Writ Of Habeas Corpus* by John Clark, Eric H. Holder, United States Marshals, United States Probation, United States of America.(Bruce, Anthony) (Entered: 10/13/2010) |
| 10/18/2010 | 12 | MANDATORY JUDICIAL NOTICE of Responses AND Answer TO: PETITION FOR A WRIT OF HABEAS CORPUS AND THE AMENDED PETITION FOR A WRIT OF HABEAS CORPUS Conflict of Violations and Move to Amend Habeas Corpus under Article 1, Clause 9 of the Constitution by Shane Christopher Buczek. (DR) (Entered: 10/20/2010) |
| 11/15/2010 | 13 | NOTICE of Appearance by Melissa Noel Subjeck on behalf of Depository Trust Corporation, Donald F. Donahue (Subjeck, Melissa) (Entered: 11/15/2010) |
| 11/15/2010 | 14 | *** Please disregard-entered in error***NOTICE of Appearance by Melissa Noel Subjeck on behalf of Depository Trust Corporation, Donald F. Donahue (Subjeck, Melissa) Modified on 11/15/2010 (DR). (Entered: 11/15/2010) |
| 11/15/2010 | | E-Filing Notification: 14 *** Please disregard-entered in error***NOTICE of Appearance by Melissa Noel Subjeck on behalf of Depository Trust Corporation, Donald F. Donahue (Subjeck, Melissa) Modified on 11/15/2010 (DR). (DR) (Entered: 11/15/2010) |
| 11/15/2010 | 15 | NOTICE of Appearance by Margaret A. Dale on behalf of Depository Trust Corporation, Donald F. Donahue (Dale, Margaret) (Entered: 11/15/2010) |
| 11/15/2010 | 16 | MOTION for Extension of Time to File *Motion to Enlarge Scheduling Order* by Depository Trust Corporation, Donald F. Donahue.(Dale, Margaret) (Entered: 11/15/2010) |
| 11/15/2010 | 17 | DECLARATION signed by Margaret A. Dale, Esq. filed by Depository Trust Corporation, Donald F. Donahue *Declaration in Support of Motion to Enlarge Scheduling Order* filed by Depository Trust Corporation, Donald F. Donahue. (Attachments: # 1 Exhibit A)(Dale, Margaret) (Entered: 11/15/2010) |
| 11/17/2010 | 18 | TEXT ORDER. IT HEREBY IS ORDERED THAT, Respondents, The Depository Trust Company and Donald F. Donohue's 16 Motion for a 30-day extension of time in which to file a Motion to Dismiss and an Answer to the Petition is GRANTED. SO ORDERED. Issued by William M. Skretny, Chief Judge U.S.D.C. on 11/16/2010. (CMD) (Entered: 11/17/2010) |
| 11/18/2010 | 19 | Remark: 18 Text Order mailed to Shane Buczek at Northeast Ohio Correctional Center, 2240 Hubbard Road, Youngstown, OH 44505. (CMD) (Entered: |

| | | |
|---|---|---|
| | | 11/18/2010) |
| 11/18/2010 | 20 | MOTION to Dismiss *the petition for a writ of habeas corpus and the amended petition for a writ of habeas corpus* by Depository Trust Corporation, Donald F. Donahue.(Dale, Margaret) (Entered: 11/18/2010) |
| 11/18/2010 | 21 | MEMORANDUM in Support re 20 MOTION to Dismiss *the petition for a writ of habeas corpus and the amended petition for a writ of habeas corpus* filed by Depository Trust Corporation, Donald F. Donahue. (Dale, Margaret) (Entered: 11/18/2010) |
| 12/06/2010 | 22 | SCHEDULING NOTICE on 11 20 Motions to Dismiss. Responses due by 1/14/2011. Replies due by 2/4/2011. Oral Argument will be scheduled by the Court if necessary. (MEAL) (Entered: 12/06/2010) |
| 12/15/2010 | 23 | RESPONSE to 1 Petition for Writ of Habeas Corpus by Depository Trust Corporation, Donald F. Donahue.(Dale, Margaret) (Entered: 12/15/2010) |
| 12/17/2010 | 24 | DECLARATION filed by United States of America *Declaration Regarding The Falsity Of The Attached Document*. (Bruce, Anthony) (Entered: 12/17/2010) |
| 01/26/2011 | 25 | CERTIFICATE OF SERVICE by Depository Trust Corporation, Donald F. Donahue re 23 Response to Habeas Petition *Amended Certificate Of Service* (Dale, Margaret) (Entered: 01/26/2011) |
| 03/16/2011 | | Remark pltf address updated from Derby Road to FCI Loretto (SSK) (Entered: 03/16/2011) |
| 07/25/2011 | 26 | TEXT ORDER REASSIGNING CASE. IT HEREBY IS ORDERED that this case is TRANSFERRED to the Hon. Michael A. Telesca for all further proceedings. SO ORDERED. Issued by William M. Skretny, Chief Judge U.S.D.C. on 7/25/2011. (MEAL) (Entered: 07/25/2011) |
| 08/24/2011 | 27 | ORDER directing petitioner to notify the Court in writing within thirty (30) days whether he elects (1) to withdraw the petition and amended petition, or (2) to proceed with the petition and amended petition which shall be designated as a motion pursuant to 28 U.S.C. Section 2255. If he fails to notify the Court within thirty (30) days in accordance with this Order, the petition and amended petition shall be designated as a motion pursuant to 28 U.S.C. Section 2255 and the Court shall then proceed to rule on the Government's motion to dismiss. During the thirty (30) days that petitioner has in which to respond to the Court's order, the proceeding is stayed. Signed by Hon. Michael A. Telesca on 8/24/11. (JMC) (Entered: 08/24/2011) |
| 08/25/2011 | | Remark - Copy of Order 27 mailed to Shane Buczek. (DR) (Entered: 08/25/2011) |
| 09/22/2011 | 28 | MOTION for Leave to Amend by Shane Christopher Buczek. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(DR) (Entered: 09/23/2011) |
| 09/29/2011 | 29 | ORDER granting 28 Motion to Amend or Correct; dismissing 3 Motion ; dismissing 4 Motion ; dismissing 5 Motion ; granting 11 Motion to Dismiss; finding as moot 20 Motion to Dismiss; dismissing with prejudice 1 Petition; dismissing with prejudice 2 Amended Petition; and dismissing with prejudice all |

|  |  |  |
|---|---|---|
|  |  | claims asserted in 28 Motion to Amend or Correct. Signed by Hon. Michael A. Telesca on 9/29/11. (JMC) (Entered: 09/29/2011) |
| 09/30/2011 | 30 | JUDGMENT in favor of United States of America against Shane Christopher Buczek. Signed by Michael J. Roemer, Clerk of Court, on 9/30/11. (DR) (Entered: 09/30/2011) |
| 10/13/2011 | 31 | MOTION for Reconsideration re 29 Order on Motion to Amend/Correct, Order on Motion for Miscellaneous Relief, Order on Motion to Dismiss, by Shane Christopher Buczek.(DR) (Entered: 10/18/2011) |
| 10/24/2011 | 32 | ORDER denying 31 Motion for Reconsideration with prejudice. Signed by Hon. Michael A. Telesca on 10/24/11. (JMC) (Entered: 10/24/2011) |
| 10/24/2011 | 33 | NOTICE OF APPEAL as to 29 Order on Motion to Amend/Correct, Order on Motion for Miscellaneous Relief, Order on Motion to Dismiss, by Shane Christopher Buczek. Fee Status: Fee Due - IFP denied. (DR) (Entered: 10/25/2011) |
| 10/25/2011 |  | Remark - Copy of Order 32 mailed to Petitioner. (DR) (Entered: 10/25/2011) |